UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-148 |
| VERSUS | SECTION : L (2) |
| DARIUS PATIN | VIOLATION: 18 USC 1703 |

NOTICE OF INITIAL APPEARANCE and ARRAIGNMENT

Take Notice that this criminal case has been set for INITIAL APPEARANCE and ARRAIGNMENT on WEDNESDAY, DECEMBER 1, 2021 AT 2:00PM, before Magistrate Judge Donna Currault, **VIA VIDEO**.

**Important:** **Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:  November 15, 2021

TO:

DARIUS PATIN

U.S. Postal Service

**If you change address,
notify clerk of court
by phone, 504-589-7686**

CAROL L. MICHEL, CLERK

by: Dean Oser, Deputy Clerk

AUSA:   Rachal Cassagne
U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: None